UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 4:12 CR 306 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| KOREY MOODY, | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| Defendant | ) | REFERRAL TO U. S. PROBATION |
| | ) | <u>OFFICE</u> |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Greg White, regarding the change of plea hearing of Korey Moody, which was referred to the Magistrate Judge with the consent of the parties.

On June 27, 2012, the government filed a one-count Indictment, charging Defendant Korey Moody, with Possession with Intent to Distribute Crack Cocaine, in violation of Title 21 United States Code, Section 841 (a)(1) and (b)(1)(B). Defendant Moody was arraigned on August 3, 2012, and entered a plea of not guilty to Count 1, before Magistrate Judge George J. Limbert. On March 14, 2013, Magistrate Judge Greg White, received Defendant Moody's plea of guilty to Count 1 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Moody is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Moody is adjudged guilty to Count 1 of the Indictment, in violation of Title 21 United States Code, Section 841(a)(1) and (b)(1)(B), Possession with Intent to Distribute Crack Cocaine. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on June 12, 2013, at 11:00 a.m., in Courtroom 19-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

April 4, 2013